**Order entered August 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00176-CR

### JOSE RUBEN ALVARENGA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-82015-2011

## ORDER
Before Justices Moseley, Bridges, and Lang-Miers

We withdraw our Order dated July 22, 2013.

Before the Court is appellant's July 8, 2013 motion for extension of time to file his motion for rehearing. We **GRANT** the motion. We **ORDER** appellant's motion for rehearing filed on July 22, 2013, filed as of the date of this Order.

Appellant's motion for rehearing is also before the Court. The motion is **DENIED**.

/s/     JIM MOSELEY
         JUSTICE